R # 28675

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.  05-12812-BKC-RAM
NELLIE DENSON JOHNSON

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 16.72 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

   Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

   WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 2 3 2010

                                    NANCY N. HERKERT
                                    CHAPTER 13 TRUSTEE

Copies to

NELLIE DENSON JOHNSON
6565 NW 25 AVE
MIAMI, FL 33147-7209

SANDRA NAVARRO-GARCIA, ESQ.
6337 SW 40 STREET
MIAMI, FL 33133

PROGRESSIVE ASSET MGMT
5924 E LOS ANGELES AVE
SIMI VALLEY, CA 93063-5526

U.S. Trustee
51 S W 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  05-12812-BKC-RAM
NELLIE DENSON JOHNSON

                                      CHAPTER 13

NELLIE DENSON JOHNSON           ---------$            .00

6565 NW 25 AVE
MIAMI, FL 33147-7209


SANDRA NAVARRO-GARCIA, ESQ.
6337 SW 40 STREET
MIAMI, FL 33133


PROGRESSIVE ASSET MGMT          ---------$          16.72
5924 E LOS ANGELES AVE
SIMI VALLEY, CA 93063-5526

                                   UNDELIVERABLE/STALE
                                   CLAIM REGISTER#  3

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130